IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

PHILIP HOWARD and                                                                          PLAINTIFFS
PHIL'S EAZY TRUCKING LLC

v.                              CASE NO. 3:22-CV-00213 BSM

CAROLYN SHOEMAKER and                                                                 DEFENDANTS
MARVIN KELLER TRUCKING, INC

## ORDER

Plaintiffs' motion to lift the stay [Doc. No. 27] is granted because the bankruptcy proceedings are resolved.  Plaintiffs may proceed on their claims against Marvin Keller Trucking, Inc.

IT IS SO ORDERED this 2nd day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE