IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**PHILIP HOWARD**, *et al.*                                                                              **PLAINTIFFS**

v.                              **CASE NO. 3:22-CV-00213-BSM**

**CAROLYN SHOEMAKER**, *et al.*                                                             **DEFENDANTS**

## ORDER

The motion by plaintiffs Philip Howard and Phil's Eazy Trucking LLC for a ruling that their property damage claim has been ratified [Doc. No. 43] is granted. Entegra Capital LLC is the real party in interest to plaintiffs' property damage claim and has ratified it. *See* Aff. of Notice of Entegra's Ratification of Pls.' Property Damage Claims, Doc. No. 43-1; *Associated Ins. Mgmt. Corp. v. Ark. Gen. Agency, Inc.*, 149 F.3d 794, 797 (8th Cir. 1998) (ratification of the lawsuit by real party in interest satisfies requirement of Federal Rule of Civil Procedure 17(a)). Therefore, the motion for partial summary judgment by Marvin Keller Trucking Inc. and Carolyn Shoemaker [Doc. No. 31] is denied, and Howard and Eazy Trucking may proceed on their property damage claim.

IT IS SO ORDERED this 24th day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE