IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**PHILIP HOWARD,** *et al.*　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFFS**

v.　　　　　　　　**CASE NO. 3:22-CV-00213 BSM**

**CAROLYN SHOEMAKER,** *et al*　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Pursuant to the verdict returned by the jury on September 11, 2024, following three days of trial, judgment is entered in favor of plaintiffs Philip Howard and Phil's Eazy Trucking. Howard is awarded $2,040 in damages and Phil's Eazy Trucking is awarded $70,100 in damages against Carolyn Shoemaker and Marvin Keller Trucking, Inc.

IT IS SO ORDERED this 12th day of September, 2024.

_____
UNITED STATES DISTRICT JUDGE